JOHN T. STRALEN (SBN 171227)
LAW OFFICES OF JOHN T. STRALEN
A PROFESSIONAL CORPORATION
641 Fulton Avenue, Suite 120
Sacramento, California 95825
Telephone:   916/971-3100
Facsimile:   916/971-3101

Attorney for Plaintiff, James C. Brock

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. BROCK, | CASE NO.: CIV.S-02-2762 FCD PAN |
| Plaintiff, | **ORDER RE: PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR HEARING MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
| v. | |
| CARRION, LTD., et. al., | Judge:   Frank C. Damrell, Jr. |
| Defendants. | Court Room:   2 |

**ORDER**

IT IS HEREBY ORDERED THAT

1.    The Plaintiff's Motion to Enforce the Settlement Agreement and Request for Attorney's Fees and Sanctions, which has been concurrently filed with this application, shall be set for hearing on December 16, 2005 at 10:00 a.m.

2.    Defendants' opposition to the motion shall be filed and served no later than 4:00 p.m. on December 5, 2005.

3.    Plaintiff''s reply papers shall be filed and served no later than 4:00 p.m. on December 9, 2005.

Dated: November 23, 2005         /s/ Frank C. Damrell Jr.
                                 **HONORABLE FRANK C. DAMRELL, JR.**

-1-

**ORDER RE: PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR HEARING MOTION TO ENFORCE SETTLEMENT AGREEMENT**